UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

07-10001

| | | |
|---|---|---|
| ARNAUD GIRARD, MICHAEL BULLOCK, and MARK T. PERKINS<br>Plaintiffs,<br><br>v.<br><br>THE S/V "ESPRIT", Official # 981503<br>Her boats, tackle, apparel and furniture, engines, and appurtenances.<br>Defendant. | ) | CIVIL ACTION NO.<br>06-11643-DPW |

CIV-KING

FILED by ___ D.C.
INTAKE
JAN 10 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER FOR TRANSFER TO SOUTHERN DISTRICT OF FLORIDA**

MAGISTRATE JUDGE
GARBER

WOODLOCK, District Judge

In accordance with this Court's allowance of Plaintiffs' motion for transfer to US District Court for the Southern District of Florida on December 7, 2006, it is hereby ORDERED that the above-entitled action be and hereby is TRANSFERRED to the United States District Court for the Southern District of Florida. The case shall be closed in this District.

BY THE COURT,

/s Michelle Rynne

Deputy Clerk

DATED: December 11, 2006

07-10001
CIV-KING

CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:06-cv-11643-DPW

MAGISTRATE JUDGE
GARBER

Girard et al v. S/V Esprit
Assigned to: Judge Douglas P. Woodlock
Demand: $110,000
Cause: 28:1333 Admiralty

Date Filed: 09/11/2006
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: Federal Question

**Plaintiff**

**Arnaud Girard**

represented by **Arnaud Girard**
P.O. Box 6263
Keywest, FL 33041
US
(305) 797-3469
PRO SE

**Plaintiff**

**Michael Bullock**

represented by **Michael Bullock**
3718 Flagler Avenue
Key West, FL 33040
US
(305) 295-9912
PRO SE

**Plaintiff**

**Mark T Perkins (Reef)**

represented by **Mark T Perkins (Reef)**
2828 Staples Avenue
Key West, FL 33040
US
(305) 797-3469
PRO SE

V.

**Custodian**

**Captain Charles Walter**

**Defendant**

**S/V Esprit**
*Official #: 981503 Her boats, tackle, apparel, and furniture, engines, and appurtenances*

Transfer from Boston MA
Key West (1333)
07-10001
JLK Garber

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/11/2006 | 1 | COMPLAINT against S/V Esprit Filing fee: $ 350, receipt number 75034, filed by Arnaud Girard, Michael Bullock, Mark T Perkins (Reef). (Attachments: # 1 Civil Cover Sheet)(York, Steve) (Entered: 09/14/2006) |
| 09/11/2006 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (York, Steve) (Entered: 09/14/2006) |
| 09/11/2006 | 2 | MOTION for Issuance of Warrant in rem by Arnaud Girard, Michael Bullock, Mark T Perkins (Reef). (Attachments: # 1 Text of Proposed Order # 2 Warrant for arrest in rem)(York, Steve) (Entered: 09/14/2006) |
| 09/11/2006 | 3 | MOTION to Appoint Custodian by Arnaud Girard, Michael Bullock, Mark T Perkins (Reef). (Attachments: # 1 Text of Proposed Order # 2 Consent and Indemnification agreement)(York, Steve) (Entered: 09/14/2006) |
| 09/14/2006 | | Summons Issued as to S/V Esprit. (York, Steve) (Entered: 09/14/2006) |
| 09/21/2006 | 4 | Judge Douglas P. Woodlock : ORDER entered granting 2 Motion for Issuance of Warrant in rem (Sonnenberg, Elizabeth) (Entered: 09/21/2006) |
| 09/21/2006 | 5 | WARRANT of Arrest in rem issued (Sonnenberg, Elizabeth) (Entered: 09/21/2006) |
| 09/21/2006 | 6 | Judge Douglas P. Woodlock : ORDER entered granting 3 Motion for Appointing Substitute Custodian, Captain Charles Walter appointed (Sonnenberg, Elizabeth) (Entered: 09/21/2006) |
| 10/23/2006 | 8 | NOTICE of acceptance of attached letter of undertaking in lieu of arrest of vessel by Arnaud Girard (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 11/01/2006) |
| 10/26/2006 | 7 | MOTION to Transfer Case by Arnaud Girard, Michael Bullock, Mark T Perkins (Reef). (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 10/26/2006) |
| 12/07/2006 | | Judge Douglas P. Woodlock : ENDORSED ORDER entered granting 7 Motion to Transfer Case. (Rynne, Michelle) (Entered: 12/11/2006) |
| 12/11/2006 | 9 | Judge Douglas P. Woodlock : ORDER FOR TRANSFER TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA entered. (Rynne, Michelle) (Entered: 12/11/2006) |
| 12/11/2006 | | Civil Case Terminated. (Rynne, Michelle) (Entered: 12/11/2006) |
| 12/13/2006 | | Case Reopened (Nici, Richard) (Entered: 12/13/2006) |
| 12/13/2006 | | Case transferred to to District of Flordia;. Original file with documents numbered 1-9, certified copy of transfer order and docket sheet sent to Clerk in that district. (Nici, Richard) (Entered: 12/13/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/10/2007 14:58:31 | | | |
| **PACER Login:** | ux1697 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-11643-DPW |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

07 - 10001

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
"IN ADMIRALTY"

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V.
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.
_______________________________/

CIV-KING

CASE NO: 06-CA-11643-DPW

MAGISTRATE JUDGE
GARBER

## MOTION FOR TRANSFER OF PROCEEDING TO THE U. S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

COME NOW Arnaud GIRARD, Michael BULLOCK, and Mark T. (Reef) PERKINS, pro se, who hereby request that this Court **transfer** this claim to the United States District Court for the District of Florida and would state the following in support thereof:

1. The event giving rise to this claim occurred in the vicinity of Key West, Florida, within the jurisdiction of the United States District Court for the Southern District of Florida.

2. All Plaintiffs reside in Key West, Florida which is within the jurisdiction of the U.S. District Court for the Southern District of Florida.

3. The office of the attorney for the Defendant vessel is located in Miami, Florida which is within the jurisdiction of the U.S. District Court for the Southern District of Florida.

4. This claim was originally filed in the U.S. District Court of Massachusetts solely because the vessel (the *in rem* defendant in this claim) had been re-located to the Boston area and the insurer had, at that time, refused to provide a letter of undertaking.

5. The insurer has provided and the Plaintiffs have accepted a Letter of Undertaking (a copy of which is hereto attached) and which is being simultaneously filed with this Court.

6. The Letter of Undertaking offered by the Defendant stipulates to the adjudication of this claim in the U.S. District Court for the Southern District of Florida. (See item #1 in the attached Letter of Undertaking)

WHEREFORE Plaintiffs pray this honorable Court will transfer this claim to the U.S. District Court for the Southern District of Florida.

Respectfully submitted,

Arnaud Girard d'Albissin (GIRARD)
P.O. Box 6263
Key West, FL 33041
(305) 731-7299, (305) 731-4723
keywestmarineassistance@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to Michael Zuppa, Jr., Esq., 100 South Ashley Drive, Suite 1210, Tampa, FL 33602 on this 16 day of October, 2006.

Arnaud Girard d'Albissin (GIRARD)

RECEIPT # 
AMOUNT 350
SUMMONS ISSUED Y
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
DATE 9-11-06

FILED
Clerk's Office
USDC, Mass.
Date 9-11-06
By PCR
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
"IN ADMIRALTY"

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V.
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.

CASE NO:

06 CA 11643 DPW

MAGISTRATE JUDGE JLA

## VERIFIED COMPLAINT IN ADMIRALTY

COME NOW Arnaud GIRARD d'ALBISSIN ("GIRARD"), Michael BULLOCK, and Mark T. (Reef) PERKINS, pro se, who hereby file this verified complaint in admiralty against the 41' sailing vessel "ESPRIT", Official # 981503, seeking salvage award under the general law of salvage and would state the following in support thereof:

1. This Court has jurisdiction over this Claim for Salvage of the 1990 41' sailing vessel, "ESPRIT", official # 981503 pursuant to 28 USC §1333.

2. The sailing vessel "ESPRIT" is now located in Boston, Massachusetts at Boston Boat Works, 256 Marginal Street, East Boston, Massachusetts 02128, within the jurisdiction of the United States District Court for the District of Massachusetts.

3. Plaintiffs are unable to ascertain the post-salvage estimated value of the "ESPRIT" at this time. The vessel is a custom-built highly-specialized racing sloop. To the best of Plaintiffs' knowledge there are no other comparable vessels available on the

market so as to allow a formulation of the pre-casualty fair market value and the Defendant has not, as yet, divulged pre-casualty surveys or insurance contracts. The replacement value for the vessel could be over half a million dollars.

4. At the time of the accident, the vessel was insured by Ace Recreational Marine USA, Inc., 1 Beaver Valley Road, 4 East, Wilmington, Delaware 19803.

5. Plaintiffs Arnaud GIRARD of Key West Marine Assistance, Michael BULLOCK of Sea Tow – Key West, and Mart T. (Reef) PERKINS of Tow Boat U.S. are the salvors of the "ESPRIT".

6. GIRARD, BULLOCK, and PERKINS are professional salvors licensed by the U.S. Coast Guard and operate fast response rescue boats out of Key West, Florida.

7. On May 16, 2006, at approximately 2:15 a.m., the S/V "ESPRIT" made a distress call to the U.S. Coast Guard Sector Key West, Florida requesting salvage assistance.

8. The "ESPRIT" had been thrown onto Pelican Shoal, a shallow reef six miles off-shore Key West by a strong winds and seas associated with a storm.

9. The "ESPRIT" was aground and being pounded by rollers.

10. The owner of the "ESPRIT" accepted Captain Mark T. Perkins' (of Tow Boat U.S. Key West) offer of commercial salvage assistance.

11. The weather was very rough and was deteriorating with a small craft advisory and a tornado watch in place.

12. Anticipating a very dangerous and difficult salvage, Tow Boat U.S. departed with the assistance of two salvage divers from Key West Marine Assistance and a Sea Tow salvage vessel and his crew.

13. The salvors arrived on scene at approximately 3:10 a.m.

14. The "ESPRIT" was rolling and pitching in the breaking waves and was in peril of foundering.

15. The vessel was located in a field of coral rocks and was unreachable by the salvage vessels.

16. Two divers swam a tow line and bridle approximately 300 feet to the "ESPRIT".

17. A bridle was secured around the keel and guided at the bow.

18. Repeated attempts by both salvage vessels on scene to un-ground the "ESPRIT" were unsuccessful.

19. The tide was diminishing and under the biggest rollers, the "ESPRIT" was beginning to puncture its hull on the tallest rocks.

20. The divers went under the vessel and managed to roll the rocks which were jamming the keel of the vessel, off the un-grounding path, thus clearing the way.

21. On pulling, the vessel moved forward a few feet, but jammed again on more rocks.

22. The operation of diving and removing rocks was repeated a number of times along the approximately 100 feet of bottom which separated the "ESPRIT" from deep water.

23. Once in deep water, the vessel was towed to a haul-out slip in Peninsular Marina, Stock Island, Florida (vicinity Key West).

24. The hull, though showing clear signs of distress, had not been holed, the rudder was broken and some damage could be observed on the keel.

25. Compensation for salvage services is not regarded as merely pay on the principle of quantum meruit or of remuneration for labor, but as a reward for "perilous" services, voluntarily and successfully rendered and is granted as an inducement to mariners to undertake such dangerous enterprises to save life and property. The following elements are usually considered in determining the fairness of an award for a successful salvage:

a. The degree of danger from which the persons and property was rescued.

b. The risk to the environment.

c. The value of the property saved.

d. The risk and liability incurred by the salvors in securing the property form the impending peril.

e. The promptitude, skill and energy displayed in rendering the service and saving property.

f. The value of the property employed.

g. The labor expended in the salvage service.

26. The salvors were highly successful in saving the S/V "ESPRIT" and its crew of three persons.

27. The salvors promptly deployed a skilled crew of six using two specifically built and equipped salvage/tow vessels valued in the hundreds of thousands of dollars.

28. The salvors voluntarily placed themselves and their equipment in great jeopardy by approaching an unmarked reef, at night, in severe weather and by diving in such conditions beneath the vessel to remove coral rock, timing their movements with that of the rollers so as not to be crushed between the vessel and the rocks.

29. There is no doubt that the vessel would have been destroyed before the tide finished going out.

30. The crew of the "ESPRIT" was also rescued from ultimate danger.

31. The Defendant's insurer has made bad-faith promises to the salvors with regard to security for their claim secretly removed the vessel from the Southern District of Florida.

32. The Defendant's insurer has refused to sign a letter of undertaking.

33. Plaintiffs are seeking a salvage award in an amount not less than $70,000 (subject to amendment to a higher amount pending the results of discovery) for the highly successful salvage of the vessel "ESPRIT" in an extremely dangerous and difficult operation.

WHEREFORE Plaintiffs Arnaud GIRARD, Michael BULLOCK, and Mark T. (Reef) PERKINS, pro se, pray this honorable Court will enter a Warrant of Arrest in Rem against the 41' sailing vessel, "ESPRIT", official #981503 and order the same to be sold by the U.S. Marshal for payment of salvage award, contracted safekeeping, costs, custodial costs/fees, Marshal's fees and attorney fees.

Respectfully submitted,

Arnaud GIRARD
P.O. Box 6263
Key West, FL 33041
(305) 731-7299

Michael BULLOCK
3718 Flagler Avenue
Key West, FL 33040
(305) 295-9912

Mark T. (Reef) PERKINS
2828 Staples Avenue
Key West, Florida 33040
(305) 797-3469

## VERIFICATION

**STATE OF FLORIDA )**

**COUNTY OF MONROE)**

BEFORE ME, the undersigned authority, personally appeared, ARNAUD GIRARD D'ALBISSIN ("GIRARD"), Plaintiff, pro se, personally known to me or has produced personally known as identification, who, after being first duly sworn, deposes and says that he is the Plaintiff herein, and is duly authorized to make this verification; that he has read the previous VERIFIED COMPLAINT IN ADMIRALTY, and the matters and things alleged therein are true and correct.

_______________________

Arnaud GIRARD D'ALBISSIN ("GIRARD")

SWORN TO AND SUBSCRIBED BEFORE ME the undersigned authority on this 8TH day of Sept, 2006.

APRIL SERPA
Notary Public - State of Florida
My Commission Expires Apr 18, 2010
Commission # DD 542012
Bonded By National Notary Assn.

_______________________

Notary Public / State of Florida

My commission expires: Apr 18, 2010

**VERIFICATION**

**STATE OF FLORIDA )**

**COUNTY OF MONROE)**

BEFORE ME, the undersigned authority, personally appeared, MICHAEL BULLOCK, Plaintiff, pro se, personally known to me or has produced Drivers License as identification, who, after being first duly sworn, deposes and says that he is the Plaintiff herein, and is duly authorized to make this verification; that he has read the previous VERIFIED COMPLAINT IN ADMIRALTY, and the matters and things alleged therein are true and correct.

Michael BULLOCK

SWORN TO AND SUBSCRIBED BEFORE ME the undersigned authority on this 23 day of August 2006.

YVETTE WOLFF
MY COMMISSION # DD 547566
EXPIRES: May 2, 2010
Bonded Thru Notary Public Underwriters

Notary Public / State of Florida

My commission expires: May 2, 2010

# VERIFICATION

**STATE OF FLORIDA )**

**COUNTY OF MONROE)**

BEFORE ME, the undersigned authority, personally appeared, MARK T. (REEF) PERKINS, Plaintiff, pro se, personally known to me or has produced N/A as identification, who, after being first duly sworn, deposes and says that he is the Plaintiff herein, and is duly authorized to make this verification; that he has read the previous VERIFIED COMPLAINT IN ADMIRALTY, and the matters and things alleged therein are true and correct.

[signature]

Mark T. (Reef) PERKINS

SWORN TO AND SUBSCRIBED BEFORE ME the undersigned authority on this 21st day of August, 2006.

[signature]

Notary Public / State of Florida

BECKY D. HERNANDEZ-BAUER
Notary Public - State of Florida
My Commission Expires Aug 7, 2008
Commission # DD 342362
Bonded By National Notary Assn.

My commission expires: August 7, 2008

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Arnaud GIRARD, Michael BULLOCK, Mark T. (Reef) PERKINS,

**DEFENDANTS**
S/V "Esprit", Official #981503

(b) County of Residence of First Listed Plaintiff: Monroe County, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: (in rem) location Boston
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
(pro se) Arnaud GIRARD, P.O. Box 6263, Key West, FL 33041

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

06 CA 11643 DPW

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☒ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Title 28 Federal Suppl. Rule C
Brief description of cause: Admiralty - salvage

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 110,000.00
CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 9/7/06 SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) GIRARD V. The S/V "Esprit"

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- ☐ I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.
- ☐ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- ☑ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- ☐ IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- ☐ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐ NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES ☐ NO ☑

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☐ NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☐ NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES ☐ NO ☑

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division ☐ Central Division ☐ Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

location of defendant vessel

Eastern Division ☑ Central Division ☐ Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐ NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME (pro se) Arnaud Girard

ADDRESS P.O. Box 6263, Key West, Florida 33041

TELEPHONE NO. (305) 731-7299 or (305) 731-4723

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

FILED
CLERKS OFFICE
2006 SEP 11 A 10: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V.
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.

CASE NO: **06 CA 11643 DPW**

**MOTION FOR ISSUANCE OF ORDER DIRECTING CLERK TO**

**ISSUE WARRANT FOR ARREST IN REM**

COME NOW Arnaud GIRARD, Michael BULLOCK and Mark T. (Reef) PERKINS, pro se Plaintiffs, who hereby file this Motion for the Issuance of an Order Directing the Clerk to Issue the Warrant for Arrest in Rem of the 41' sailing vessel "ESPRIT" and would state the following in support thereof:

Plaintiffs filed a Verified Complaint in Admiralty on ______________ and having paid the appropriate fee and having filed all associated documents necessary to proceed in this action in admiralty, Plaintiffs pray this honorable Court will issue an Order Directing the Clerk to Issue the Warrant for Arrest in Rem.

Respectfully submitted,

| Arnaud GIRARD | Michael BULLOCK | Mark T. (Reef) PERKINS |
|---|---|---|
| P.O. Box 6263 | 3718 Flagler Avenue | 2828 Staples Avenue |
| Key West, FL 33041 | Key West, FL 33040 | Key West, FL 33040 |
| (305) 731-7299 | (305) 295-9912 | (305) 797-3469 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

2006 SEP 11 A 10: 32

DISTRICT COURT

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V.  CASE NO:
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.

06 CA 11643 DPW

______________________________/

**ORDER DIRECTING THE ISSUANCE OF THE**

**WARRANT OF ARREST AND SUMMONS**

Pursuant to Supplemental Rule (C) (1), the Clerk is directed to issue a Warrant of Arrest and/or Summons in the above-styled action.

DONE AND ORDERD at ____________________, Massachusetts, this __________ day of ______________________, 2006.

______________________________

UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

FILED

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V. CASE NO:
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances. **06 CA 11643 DPW**
Defendant.
______________________________/

## WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The Complaint in the above-styled in rem proceeding was filed in the Boston division of this Court on ______________________.

In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime claims of the Federal Rules of Civil Procedure you are directed to arrest the Defendant vessel, her boats, tackle, apparel, and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at ____________________, Massachusetts, this __________ day of _________________________, 2006.

CLERK

By: ___________________________
Deputy Clerk

Arnaud GIRARD
P.O. Box 6263
Key West, FL 33041
(305) 731-4723

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V.
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.
_______________________________________/

CASE NO: 06 CA 11643 DPW

## MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

COMES NOW Plaintiffs Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS, pro se, represent the following:

1. On _________________, Plaintiffs initiated the above-styled action against the vessel "ESPRIT", her boats, tackle, apparel, furniture and furnishings, equipment, engines and appurtenances.

2. On _________________, the Clerk of the District Court issued a Warrant of Arrest against the vessel "ESPRIT", directing the U.S. Marshal to take custody of the vessel, and to retain custody of the vessel pending further order of this Court.

3. Subsequent to the issuance of the Warrant of Arrest, the marshal will take steps to immediately seize the vessel. Thereafter, continual custody by the marshal will require the services of at least one custodian at a cost of at least $100 per day.

4. The vessel is currently located at Boston Boat Works, 256 Marginal Street., East Boston, Massachusetts 02128 and subsequent to the approval of the Court, the

substitute custodian is prepared to provide security, wharfage, and routine services to the safekeeping of the vessel at a cost substantially less than that presently required by the Marshal. The Substitute Custodian has also agreed to continue to provide these services pending further order of this Court.

5. The Substitute Custodian has adequate facilities for the care, maintenance and security of the vessel. In discharging its obligation to care for, maintain, and secure the vessel, the Substitute Custodian shall comply with all orders of the Captain of the Port, United States coast Guard, including but not limited to, an order to move the vessel; and any applicable federal, state, and local laws, regulations and requirements pertaining to vessel and port safety. The Substitute Custodian shall advise the court, the parties to the action, and the United States Marshal, of any movement of the vessel pursuant to an order of the Captain of the Port, within twenty-four (24) hours of such vessel movement.

6. Concurrent with the Court's approval of the Motion for Appointment of the Substitute Custodian will file a Consent and Indemnification Agreement.

THEREFORE, in accordance with the representations set forth in this instrument, and subject to the filing of the indemnification agreement noted in paragraph (6) above, Plaintiff requests this Court to enter an order appointing Captain Charles Walter as the Substitute Custodian for the vessel "ESPRIT".

DATED at Key West, Florida, this 7th day of September, 2006.

Arnaud GIRARD
P.O. Box 6263
Key West, FL 33041
(305) 731-7299

Michael BULLOCK
3718 Flagler Avenue
Key West, FL 33040
(305) 295-9912

Mark T. (Reef) PERKINS
2828 Staples Avenue
Key West, FL 33040
(305) 797-3469

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V. CASE NO:
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.

06 CA 11643 DPW

______________________________/

**ORDER APPOINTING SUBSTITUTE CUSTODIAN**

This matter came before the Court on Plaintiff's Motion for Appointment of Substitute Custodian. Having reviewed the applicable pleading and law, it is

ORDERED AND ADJUDGED that Captain Charles Walter is hereby appointed Substitute Custodian of the vessel "ESPRIT" until further order of this Court.

ORDERED at ____________________, Massachusetts, this ________ day of __________, 2006.

______________________________

UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V. CASE NO:
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.

06 CA 11643 DPW

**CONSENT AND INDEMNIFICATION AGREEMENT FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN**

Substitute Custodian, Captain Charles Walter of 30 Gold Finch Lane, Plymouth, Massachusetts hereby expressly releases the U.S. Marshal for this district, and the U.S. Marshal's Service, from any and all liability and responsibility for the care and custody of the sailing vessel "ESPRIT" while in the hands of Captain Charles Walter.

Substitute Custodian, Captain Charles Walter, also expressly agrees to hold the U.S. Marshal for this district, and the U.S. Marshal's Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

SIGNED this 30 day of SEPT, 2006 at Plymouth, MA.

C Walter

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

2006 SEP 11 A 10: 32

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,

V. CASE NO:

The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.

06 CA 11643 DPW

**ORDER DIRECTING THE ISSUANCE OF THE**

**WARRANT OF ARREST AND SUMMONS**

Pursuant to Supplemental Rule (C) (1), the Clerk is directed to issue a Warrant of Arrest and/or Summons in the above-styled action.

DONE AND ORDERED at Boston, Massachusetts, this 21st day of September, 2006.

Douglas P. Woodlock

UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

FILED

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V. CASE NO:
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.
**06 CA 11643 DPW**
_______________________________/

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The Complaint in the above-styled in rem proceeding was filed in the Boston division of this Court on September 11, 2006.

In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime claims of the Federal Rules of Civil Procedure you are directed to arrest the Defendant vessel, her boats, tackle, apparel, and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office

ORDERED at United States District Court, Massachusetts, this 21st day of September, 2006.

CLERK
By: Elizabeth E. Sonnenburg
Deputy Clerk

Arnaud GIRARD
P.O. Box 6263
Key West, FL 33041
(305) 731-4723

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V.
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.

CASE NO: 06 CA 11643 DPW

**ORDER APPOINTING SUBSTITUTE CUSTODIAN**

This matter came before the Court on Plaintiff's Motion for Appointment of Substitute Custodian. Having reviewed the applicable pleading and law, it is

ORDERED AND ADJUDGED that Captain Charles Walter is hereby appointed Substitute Custodian of the vessel "ESPRIT" until further order of this Court.

ORDERED at Boston, Massachusetts, this 21st day of September, 2006.

Douglas P. Woodlock

UNITED STATES DISTRICT JUDGE

FILED IN CLERKS OFFICE
2006 OCT 23 A
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**"IN ADMIRALTY"**

Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS,
Plaintiffs,
V. CASE NO: 06-CA-11643-DPW
The S/V "ESPRIT", Official #: 981503
Her boats, tackle, apparel, and
Furniture, engines, and appurtenances.
Defendant.
_______________________________________/

**NOTICE OF ACCEPTANCE OF ATTACHED LETTER OF UNDERTAKING IN LIEU OF ARREST OF VESSEL**

COME NOW Arnaud GIRARD, Michael BULLOCK, and Mark T. PERKINS, pro se, who hereby file this notice of their acceptance of the attached letter of undertaking (copy attached) in lieu of the arrest of the vessel "Esprit".

Respectfully submitted,

Arnaud Girard d'Albissin (GIRARD)
P.O. Box 6263
Key West, FL 33041
(305) 731-7299, (305) 731-4723
keywestmarineassistance@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to Michael Zuppa, Jr., Esq., 100 South Ashley Drive, Suite 1210, Tampa, FL 33602 on this 16 day of October, 2006.

Arnaud Girard d'Albissin (GIRARD)

FILED
IN CLERKS OFFICE
2006 OCT 23 A 3:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

September 25, 2006

**VIA FACSIMILE AND E-MAIL**

Michael Bullock
Sea Tow Key West
719 Frances St.
Key West, FL 33041

RE: *M/V ESPRIT*
Policy No. YWR Y05445668
Claim No. 796-S-165231-0
D.O.L.: May 15, 2006
Our Insured: Floyd Bryan

Dear Mr. Bullock,

In consideration of your refraining from arresting the *M/V ESPRIT*, and refraining from attaching any property belonging to the owners of said vessel, as a result of the above captioned claim, the undersigned hereby agrees:

1. To file or cause to be filed upon your demand an appearance on behalf of the owners of said vessel in any suit you may commence in The United States District Court for the Southern District of Florida or an arbitration proceeding in a mutually agreed upon domestic arbitration forum, and any subsequent appeals, the vessel subsequently lost or not lost, said *in rem* appearance to be consistent with the defenses available to the vessel and its owner and shall not be a waiver of any of those defenses.

2. In the event a final judgment or arbitrator's award (after all appeals, if any) be made or entered in favor of the plaintiff against the *M/V ESPRIT*, and/or her owners in the aforementioned suit or arbitration, then the undersigned underwriter agrees without prejudice to pay and satisfy such judgment up to and not exceeding $60,000, or any lesser amount adjudged by the Court, or settled between the parties without a final judgment being rendered, where said settlement has been made with the approval of the undersigned.

3. Upon demand, to cause to be filed a bond in form and sufficiency of surety satisfactory to you, the arbitrator, or the Court in the above amount $60,000 securing your claim against the said vessel and replacing this Letter of Undertaking in the aforementioned action.

4. In the event the bond referred to under Paragraph 3 above is filed, the undersigned underwriter shall have no further obligation under Paragraph 2 above.

# 747466 v1

5. This Letter of Undertaking shall substitute for and take the place of the *res*

6. This letter is written entirely without prejudice as to any rights, defenses, immunities or limitations, statutory, contractual or otherwise, which the said vessel or its owners may have, including, but not limited to, the right of exoneration or limitation of liability, none of which rights are to be regarded as waived, and is not to be deemed an admission of liability.

7. It is the intent of this Undertaking that your rights as plaintiff, and the rights of the defendant(s) shall be, and for all purposes shall be taken to be, precisely the same as they would have been had you arrested the Yacht *M/V ESPRIT*, and the arrest was lifted by the posting of a bond. All other objections and defenses otherwise available are respectively reserved on behalf of the vessel and her owners.

8. It is understood and agreed that the execution of this letter by the undersigned on behalf of the vessel's insurer, shall not be construed as binding him or her but is to be binding only upon the insurer.

Very truly yours,

[signature]

ACE AMERICAN INSURANCE COMPANY

September 25, 2006

**VIA FACSIMILE AND E-MAIL**

Michael Bullock
Sea Tow Key West
719 Frances St.
Key West, FL 33041

RE: *M/V ESPRIT*
Policy No. YWR Y05445668
Claim No. 796-S-165231-0
D.O.L.: May 15, 2006
Our Insured: Floyd Bryan

Dear Mr. Bullock,

In consideration of your refraining from arresting the *M/V ESPRIT*, and refraining from attaching any property belonging to the owners of said vessel, as a result of the above captioned claim, the undersigned hereby agrees:

1. To file or cause to be filed upon your demand an appearance on behalf of the owners of said vessel in any suit you may commence in The United States District Court for the Southern District of Florida or an arbitration proceeding in a mutually agreed upon domestic arbitration forum, and any subsequent appeals, the vessel subsequently lost or not lost, said *in rem* appearance to be consistent with the defenses available to the vessel and its owner and shall not be a waiver of any of those defenses.

2. In the event a final judgment or arbitrator's award (after all appeals, if any) be made or entered in favor of the plaintiff against the *M/V ESPRIT*, and/or her owners in the aforementioned suit or arbitration, then the undersigned underwriter agrees without prejudice to pay and satisfy such judgment up to and not exceeding $60,000, or any lesser amount adjudged by the Court, or settled between the parties without a final judgment being rendered, where said settlement has been made with the approval of the undersigned.

3. Upon demand, to cause to be filed a bond in form and sufficiency of surety satisfactory to you, the arbitrator, or the Court in the above amount $60,000 securing your claim against the said vessel and replacing this Letter of Undertaking in the aforementioned action.

4. In the event the bond referred to under Paragraph 3 above is filed, the undersigned underwriter shall have no further obligation under Paragraph 2 above.

# 747466 v1

5. This Letter of Undertaking shall substitute for and take the place of the *res*.

6. This letter is written entirely without prejudice as to any rights, defenses, immunities or limitations, statutory, contractual or otherwise, which the said vessel or its owners may have, including, but not limited to, the right of exoneration or limitation of liability, none of which rights are to be regarded as waived, and is not to be deemed an admission of liability.

7. It is the intent of this Undertaking that your rights as plaintiff, and the rights of the defendant(s) shall be, and for all purposes shall be taken to be, precisely the same as they would have been had you arrested the Yacht *M/V ESPRIT*, and the arrest was lifted by the posting of a bond. All other objections and defenses otherwise available are respectively reserved on behalf of the vessel and her owners.

8. It is understood and agreed that the execution of this letter by the undersigned on behalf of the vessel's insurer, shall not be construed as binding him or her but is to be binding only upon the insurer.

Very truly yours,

[signature]

ACE AMERICAN INSURANCE COMPANY